# UNITED STATES DISTRICT COURT

## District of Minnesota

Abdirahman Bishar Salah,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd Lyons, David Easterwood, Eric Tollefson,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-440 JMB/DJF

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner Abdirahman S. from custody immediately, and in any event no later than 4:00 p.m. CT on January 23, 2026.

2. On or before 11:00 a.m. CT on January 26, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in accordance with this Order.

3. Abdirahman S. may move separately within 30 days of final judgment in this action to recover attorney's fees and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

4. To the extent Abdirahman S. seeks relief beyond an order requiring release or an order requiring a bond hearing, the Petition is DENIED.

Date: 1/23/2026

KATE M. FOGARTY, CLERK